**UNITED STATES DISTRICT COURT**
For the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

DUNKIN DONUTS INC
    Plaintiff

vs.

CASE NO. **L03-CV 506**

JIGNA ENTERPRISES INC
    Defendant

---

## AFFIDAVIT OF PROCESS SERVER

I, William Moon, do hereby certify and return that I am a competent private individual over eighteen years of age and not a party to the above entitled action.

I swear and affirm that on Tuesday, March 11, 2003 at 8:10 PM, I served the within Writ of Summons* upon the within named Manubhai Patel by giving a true copy to Manubhai Patel, Resident Agent, Jigna Enterprises, personally.

Said service was effected at Pulaski Hwy & Rossville Blvd, Baltimore, MD 21237.

Manubhai Patel is a Asian Male approximately 42 years of age, 5' 6" Tall and approximately 170-180 lbs with Black hair.

I do solemnly swear and affirm, under the penalties of perjury, that the matters and facts set forth herein are true, complete and accurate to the best of my knowledge. The source of my information and the grounds of my belief are the conversations and observations noted at the time and place of service above narrated.

```
*Civil Cover Sheet
 Letter to Jigna Enterprises, Inc.
 Complaint
 Plaintiff Dunkin' Donuts, Inc.
  Motion for a Preliminary Injunction
 Plaintiff's Memorandum of Law in Support
  of its Motion for Preliminary Injunction
 Exhibits
 Order
 Corporate Disclosure Statement
```

_William Moon_
William Moon
**Capitol Process Services**
1827 18th Street NW
Washington, DC 20009
Our File No: 12945

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____ MARYLAND

DUNKIN' DONUTS INCORPORATED

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: L03-CV 506

JIGNA ENTERPRISES, INC.

TO: (Name and address of defendant)

Jigna Enterprises, Inc.
6308 Belair Road
Baltimore, MD  21206

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Vaughan, Esquire
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, DC  20037

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Ca_____                                           2/26/03

**CLERK**                                                     **DATE**

_____

(BY) DEPUTY CLERK