IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DUNKIN' DONUTS INCORPORATED**  :
                                 :
**v.**                           :   CIVIL NO. L-03-506
                                 :
**JIGNA ENTERPRISES, INC.**      :

## ORDER

On February 25, 2003, Plaintiff Dunkin' Donuts Incorporated filed a motion requesting a preliminary injunction enjoining their franchisee, Defendant Jigna Enterprises, Inc., from violating the health, sanitation and safety standards that are set forth in Defendant's Franchise Agreement with Plaintiff and in Plaintiff's operating manuals.  The motion is unopposed.

Accordingly, the motion is hereby GRANTED.  It is FURTHER ORDERED that, within five (5) days of the date of this Order, Defendant shall cease violating the health, sanitation and safety standards identified on both the Critical Food Safety and Sanitation Inspection form and the Store Standards Inspection form attached as exhibits A and B to the plaintiff's motion.

The preliminary injunction shall govern until the case proceeds to trial.

It is so ORDERED this __22nd__ day of April, 2003.

                                          _____/s/_____
                                          Benson Everett Legg
                                          Chief Judge