IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>a Delaware Corporation,<br><br>     Plaintiff,<br>v.<br><br>JIGNA ENTERPRISES, INC.,<br>a Maryland Corporation,<br><br>     Defendant. | C.A. No.: L03-CV-506 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dunkin' Donuts Incorporated hereby gives notice of the dismissal of this action.

               Respectfully submitted,

               _____s/Stephen J. Vaughan/s_____
               Robert L. Zisk (Md. Bar No. 07147)
               David E. Worthen (Md. Bar No. 15420)
               Stephen J. Vaughan (Md. Bar No. 25865)
               SCHMELTZER, APTAKER & SHEPARD, P.C.
               2600 Virginia Avenue, N.W.
               Suite 1000
               Washington, D.C. 20037
               Telephone: (202) 333-8800
               Facsimile: (202) 625-3311

               Attorneys for Plaintiff
               Dunkin' Donuts Incorporated

Dated: June 20, 2003

## CERTIFICATE OF SERVICE

I certify that on this 20th day of June 2003, a true copy of Plaintiff Dunkin' Donuts Incorporated's Notice of Dismissal was sent by first-class mail, postage prepaid, to the following:

Jigna Enterprises, Inc.
c/o Manubhai Patel
1006 Wilson Point Road
Baltimore, MD  21220

                                                                                                                                                                          _____s/Stephen J. Vaughan/s_____